Robert L. Rosenthal, Esq.
Nevada Bar. No. 6476
John J. Savage, Esq.
Nevada Bar. No. 11455
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
E-Mail Address:  rlr@h2law.com
                                jjs@h2law.com

*Attorneys for Green Valley Animal Hospital LLC*

# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARISSE ALEKNEWICUS, an individual, <br><br>Plaintiff,<br><br>v.<br><br>GREEN VALLEY ANIMAL HOSPITAL LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00212-MMD-DJA <br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(First Request) |

The parties, through counsel, hereby stipulate and agree as follows:

Defendant Green Valley Animal Hospital shall have an extension of time until and including June 5, 2025, in which to file a responsive pleading to Plaintiff Charisse Aleknewicus' First Amended Complaint ("FAC").

The need to enlarge time for Defendant to respond to Plaintiff's FAC is based on the following: the parties have agreed that Defendant may have until June 5, 2025 to file a responsive pleading. The additional time requested will permit Defendant to gather the facts and evidence necessary to file a responsive pleading.

1

This stipulation is brought in good faith and not for purposes of delay.

Dated this 16th day of May 2025.

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert L. Rosenthal
Robert L. Rosenthal, Esq.
Nevada Bar. No. 6476
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendant*

Dated this 16th day of May 2025.

GREENBERG GROSS LLP

By: /s/ Matthew T. Hale
Matthew T. Hale, Esq.
Nevada Bar No. 16880
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: _____May 19_____, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2