JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARISSE ALEKNEWICUS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY ANIMAL HOSPITAL, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:25-cv-00212-MMD-DJA<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff CHARISSE ALEKNEWICUS ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendant GREEN VALLEY ANIMAL HOSPITAL, LLC ("Defendant"), by and through its counsel of record, HOWARD & HOWARD ATTORNEYS PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

///

1

Dated this 14th day of November, 2025.

| | |
|---|---|
| */s/ Marian L. Massey* | */s/ Robert L. Rosenthal* |
| JEMMA E. DUNN | ROBERT L. ROSENTHAL |
| Nevada Bar No. 16229 | Nevada Bar No. 6476 |
| MATTHEW T. HALE | JOHN J. SAVAGE |
| Nevada Bar No. 16880 | Nevada Bar No. 11455 |
| MARIAN L. MASSEY | 3800 Howard Hughes Parkway |
| Nevada Bar No. 14579 | Suite 100 |
| 1980 Festival Plaza Drive, Suite 730 | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89135 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 17, 2025

2